**CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

20-CV-1580(RRM)(LB)

-----------------------------------x

JEFFERY LAMM 3491905714
Full name of plaintiff/prisoner ID#

Plaintiff,

JURY DEMAND
YES ✓ NO ___

-against- Prison Health Svices

Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

Defendants.
-----------------------------------x

I. Previous Lawsuits:

    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

    B. If your answer to A is yes, describe each lawsuit in the space below (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit:

            Plaintiffs: _____

            Defendants: _____

        2. Court (if federal court, name the district; if state court, name the county)

        3. Docket Number: _____

1

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)
_____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: _____

   A. Is there a prisoner grievance procedure in this institution? Yes (✓) No ( )

   B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes (~~No~~) ~~No (✓)~~

   C. If your answer is YES,

      1. What steps did you take? _Filed Grievance_ _____
      _____

      2. What was the result? _____
      _____

   D. If your answer is NO, explain why not _____
   _____

   E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

   F. If your answer is YES,

      1. What steps did you take? _____
      _____

      2. What was the result? _____
      _____

2

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  Jeffery Hamm

Address  NIC 1500 Hazen Ct.

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1  Psychiatrist
Mental Health

Defendant No. 2  Prison Health Services

Defendant No. 3

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

IV. Statement of Claim:

(State briefly and concisely, the facts of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

I have been on the wrong medication because of a misdiagnosis for 6 mos. I have been detained since September 2019 receiving 50 ml of Zoloft and 10 ml Remron. I am a veteran with PTSD, Severe Chronic Depression, Adult Attention Deficit and Anxiety disorder. I take 300 m/s Wellbutrin daily. I have brought this to their attention Psych as well as discharge planning on multiple occasions

IV.A If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

psychological and emotional pain and suffering

4

V. Relief:
State what relief you are seeking if you prevail on your complaint.
Monetary relief for $1,000,000 million dollars and of what the court deems just and proper

I declare under penalty of perjury that on 3/1/2020, I delivered this
(Date)
complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this 29 day of February, 2020 I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Plaintiff

NTC
Name of Prison Facility

_____
Address

_____
Prisoner ID#

5



eles District Court
225 Cadman Pl.
YN    NY
11201

Jeffery Hamm SN  
349-19-05714  
1500 Hazen St.  
Rikers Island  
E. Elmhurst N.Y.  
11370

United S[...]  
EDNY  
East Bk[...]